IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:08CR3046 |
| v. | ) | |
| | ) | |
| ABBY L. McTEE, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 25. The defendant was present with counsel, and was advised of her rights. The government dismissed the first allegation (1) of the petition. The defendant admitted the second allegation, 7(t), of the petition. I find that the defendant did violate her conditions of release.

Regarding disposition, the defendant argued for release. The government sought detention. I agree that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 7, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED August 21, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge