IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ABBY L. MCTEE, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant McTee's sentencing is continued to Wednesday, October 15, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

September 24, 2008.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge