IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:08CR3046** |
| vs. | | |
| ABBY L. MCTEE, | | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. | | |

Based on the evidence before the court, the defendant has violated the terms of her supervised release, is currently homeless, and needs drug treatment. She remains accepted in an intensive outpatient drug treatment program, but may lose that opportunity if she is incarcerated.  After considering available options,

IT IS ORDERED that the defendant is released subject to the following:

1)    The defendant shall appear at her revocation hearing scheduled for January 6, 2015 at 1:00 p.m. in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge Richard G. Kopf.

2)    The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a.    The defendant shall have no contact, directly or indirectly, with Alberto Martinez.

   b.    The defendant shall fully participate in and comply with the terms of the  drug treatment program recommended by her supervising officer.

   c.    Until a bed becomes available for the defendant at Bristol Station, the defendant is placed in the custody of her mother, Phillis Fern McTee, who has agreed under oath (a) to supervise the defendant in accordance with all conditions of release, (b) to

use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

d.      When an opening becomes available at Bristol Station, the defendant will be placed at that facility under the community corrections component of the Bureau of Prisons.  If the defendant is discharged from that facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

e.      The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

f.      This order does not moot the pending petition for an offender under supervision.

October 30, 2014.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge

2